No. 87–259.   LINGLE *v.* NORGE DIVISION OF MAGIC CHEF, INC.   C. A. 7th Cir.   Certiorari granted.

No. 87–283.   BUDINICH *v.* BECTON DICKINSON & CO.   C. A. 10th Cir.   Certiorari granted.

No. 86–1052.   VOLKSWAGENWERK AKTIENGESELLSCHAFT *v.* SCHLUNK, ADMINISTRATOR OF THE ESTATES OF SCHLUNK ET AL. App. Ct. Ill., 1st Dist.   Motion of Motor Vehicle Manufacturers Association of the United States, Inc., et al. for leave to file a brief as *amici curiae* granted.   Certiorari granted.

No. 86–1824.   MICHIGAN *v.* CHESTERNUT.   Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 86–6124.   BENNETT *v.* ARKANSAS.   Sup. Ct. Ark.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 86–7059.   PATTERSON *v.* ILLINOIS.   Sup. Ct. Ill.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 86–1847.   EDGAR, SECRETARY OF STATE OF ILLINOIS *v.* MCVEY TRUCKING, INC.   C. A. 7th Cir.   Certiorari denied.

No. 86–1883.   TRIPLE "A" MACHINE SHOP, INC. *v.* SOUTHWEST MARINE, INC.   C. A. 9th Cir.   Certiorari denied.

No. 86–1971.   COLEMAN *v.* WHITE, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 86–1982.   HOWE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.